

**NORTH CAROLINA WESTERN**
**MEMORANDUM**

Date: 12/5/2013

To: The Honorable Robert J. Conrad, Jr.
United States District Court Judge

From: Valerie G. Debnam
U. S. Probation Officer

Subject: Thomas Diggs III
Docket No. 3:11CR00085-001
Request for Permission to Travel Outside of the Country

FILED
CHARLOTTE, NC

DEC 12 2013

US District Court
Western District of NC

---

The above defendant was sentenced in the Western District of North Carolina on 11/15/2011, by Your Honor to 12 months and one (1) day imprisonment and a term of two (2) years supervised release with the following special condition: (1) pay special assessment of $100 (paid).

To date, Mr. Diggs has done considerably well while on supervision. He maintains employment with IBN Global Group in Charlotte, NC. He continues to reside at 5905 Marshbank Lane in Charlotte, NC 28269.

Mr. Diggs' employer has scheduled a retreat in Punta Cana, Dominican Republic, December 19 through December 22, 2013. His company will have an end of the year meeting while on this retreat. As of this date a hotel has not been booked for exact lodging.

Therefore, we are requesting permission for Mr. Diggs to travel to the Dominican Republic for the above period. If there is there is further information desired, please call me at (704) 350-6656.

(X) Permission to Travel Approved

( ) Permission to Travel Denied

( ) Other

12.9.13
Date

_Robert J Conrad_
Signature of Judicial Officer